■ SHERYL MENKES, Appellant, v BETH ABRAHAM SERVICES, Respondent. [933 NYS2d 548]—

The motion court providently exercised its discretion in grant-

ing the motion, as plaintiff failed to demonstrate that the information sought from the former director could not be obtained from other sources, such as the nursing home's own records (*see Connolly v Napoli, Kaiser & Bern, LLP*, 81 AD3d 530, 531 [2011]; *Kooper v Kooper*, 74 AD3d 6, 15, 16-17 [2010]). In view of the foregoing, we need not determine whether the disclosure sought is material and necessary. Concur—Saxe, J.P., Friedman, Renwick, DeGrasse and Freedman, JJ.